PROB. 35
(Rev. 1/92)

Report and Order Terminating Probation/Supervised
Release Prior to Original Expiration Date

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

## United States District Court

## FOR THE

07 JAN -4  PM 3: 00

OFFICE OF THE CLERK

## District of Nebraska

UNITED STATES OF AMERICA

v.

Docket #  4:03CR3053

On_____June 20, 2005_____, the above named was placed on supervised release for a

period of _____three_____ years. The supervised releasee has complied with the rules and

regulations of supervised release and is no longer in need of supervision. It is accordingly

recommended  the supervised releasee be discharged from supervision.

Respectfully submitted,

Jeff A. Anthens

U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be

discharged from supervision and that the proceedings in the case be terminated.

Dated this ____3rd____ day of ____January____, 2007.

The Honorable Lyle E. Strom
United States Senior District Judge